515 South Flower Street
18th Floor
Los Angeles, CA 90071
**awglaw.com**

213.933.2330 PHONE
312.884.7352 FAX



CHICAGO · WASHINGTON D.C. · LOS ANGELES

February 11, 2026

**BY ECF**

Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:** **Somers v. Olipop, Inc.,** **Case No. 1:25-cv-06933-CHK**
> *Notice of Intent to File Rule 12(b) Motion per Admin. Order No. 2025-14*

Dear Clerk of Court:

I represent Defendant Olipop, Inc. ("Defendant") in this matter. Defendant's time to answer or otherwise respond to the Complaint is February 16, 2026. Pursuant to Administrative Order No. 2025-14, Defendant hereby provides notice of its intent to file a Motion to Dismiss the Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure, so that this matter can be assigned to a District Judge.

Thank you for the Court's attention to this matter.

> Sincerely,
>
> */s/ William P. Cole*
> William P. Cole
> Amin Wasserman Gurnani LLP

Lawyers for the Lifecycle of **Foods, Dietary Supplements, Cosmetics, Drugs & Medical Devices**