515 South Flower Street
18th Floor
Los Angeles, CA 90071

213.933.2330 PHONE
312.884.7352 FAX

awglaw.com



CHICAGO · WASHINGTON D.C. · LOS ANGELES

March 12, 2026

**BY ECF**

Magistrate Judge Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: **Somers v. Olipop, Inc., Case No. 1:25-cv-06933-RER-CHK**
> *Motion for Leave to Appear Telephonically for Initial Conference on March 16, 2026*

Hon. Clay H. Kaminsky:

I represent Defendant Olipop, Inc. in this matter. I respectfully request permission to appear telephonically for the Initial Conference in this matter on March 16, 2026, at 11:30 a.m. I am located in California and make this request in an effort to conserve travel time and expense.

Thank you for the Court's consideration of this matter.

Sincerely,

*/s/ William P. Cole*
William P. Cole
Amin Wasserman Gurnani LLP

Lawyers for the Lifecycle of **Foods, Dietary Supplements, Cosmetics, Drugs & Medical Devices**