UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

—————————————————————————x
                                          :
Jordan Somers                             :
_____ ,        :
                                          :
            Plaintiff(s),                 :
                                          :
       v.                                 :        Case No.: 1:25-cv-06933-RER-CHK
                                          :                   _____
Olipop, Inc.                              :
_____ ,        :
                                          :
            Defendant(s).                 :
—————————————————————————x

## PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER

1.    Date for completion of automatic disclosures required by Fed. R. Civ. P.
      26(a)(1): ____03/20/2026____ (*before the initial conference, absent good cause*)

2.    No additional parties may be joined after: ____06/25/2026____

3.    No amendment of the pleadings will be permitted after: ____06/25/2026____

4.    Fact discovery shall be completed by: ____11/13/2026____
      (*generally 4–6 months after the initial conference*)

5.    The parties shall make required Rule 26(a)(2) disclosures, if any, for:

      (a)    expert witnesses on or before ____11/13/2026____

      (b)    rebuttal expert witnesses on or before ____01/13/2027____

6.    All discovery, including expert dispositions, shall be completed by:
      ____02/12/2027____ (*presumptively 30 days after rebuttal expert disclosures
      and generally no more than 9 months after the initial conference*)

7. The deadline to take the first step in dispositive motion practice shall be: _____03/15/2027_____ (*presumptively 30 days after the close of all discovery*)

8. Have the parties discussed the production of electronically stored information (ESI) and agreed on an ESI protocol? __no__ (*yes, no, n/a*)

9. Have the parties executed releases for medical or other records subject to discovery? __n/a__ (*yes, no, n/a*)

10. At what point (*e.g.*, as soon as possible, after document discovery, after party depositions, at the close of fact discovery) should the Court hold a settlement conference?

   After an order on class certification

☐ Check if the parties wish to be referred to the EDNY's Court-annexed mediation program pursuant to Local Civil Rule 83.8 at this time.

☐ Check if all parties consent to the jurisdiction of U.S. Magistrate Judge Clay H. Kaminsky pursuant to 28 U.S.C. § 636(c) at this time.

The scheduling order, once entered at the initial conference, may be altered or amended only upon a showing of good cause not foreseeable as of the date thereof.

**PROPOSED BY:**

*Counsel for Plaintiff(s)*                          *Counsel for Defendant(s)*


Joshua D. Arisohn                               William P. Cole
Arisohn LLC                                     Amin Wasserman Gurnani, LLP
94 Blakeslee Rd.                                515 S. Flower St., 18th Fl
Litchfield, CT 06759                            Los Angeles, CA 90071