# CIVIL MINUTE CALENDAR

**Before EDNY, U.S. District Judge Ramón E. Reyes, Jr.**

**Date: 4/6/2026          Time in Court: 10:30 AM – 11:00 AM**

**Docket Number: 25-cv-6933**

**Case Title: *Somers v. Olipop, Inc.***

**Court Reporter___N/A_____          FTR Log:_# RER Webex Audio**

**Law Clerk:   Ruihao Lin**

**Plaintiff(s)/Petitioner represented by:**

**Joshua D. Arisohn**

**Defendant(s)/Respondent represented by:**

**William P. Cole**

**Type of Hearing Held: Pre Motion Conference**

**Pending Motion(s): N/A**

**TEXT:**

**Case called. Joshua D. Arisohn appeared for Plaintiff. William P. Cole appeared for Defendant. Discussion held. Plaintiff stated an intention to amend the complaint. Plaintiff is directed to file the amended complaint on or before May 6, 2026. Within one week upon the filing of the amended complaint, the parties shall file a joint letter to inform the Court of their anticipated next steps, and if defendant will move to dismiss, a proposed briefing schedule. The parties shall consult the Court's Individual Rules and follow the bundling rule for any anticipated motion practice.  Discovery is stayed pending decision on defendant's motion to dismiss, if one is ever made.**