# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORDAN SOMERS, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>OLIPOP, INC.,<br><br>     Defendant. | Case No. 1:25-cv-06933-CHK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jordan Somers

hereby dismisses without prejudice all claims against Defendant Olipop, Inc.

Dated: April 8, 2026        **ARISOHN LLC**

           By: */s/ Joshua D. Arisohn*
              Joshua D. Arisohn

           Joshua D. Arisohn
           94 Blakeslee Rd.
           Litchfield, CT 06759
           Telephone: (646) 837-7150
           Email: josh@arisohnllc.com

           *Attorney for Plaintiff*